# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MALLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE MIDTOWN DEVELOPMENT LLC, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-01925-SVK<br><br>**ORDER FOR REASSIGNMENT** |

On March 19, 2020, Plaintiff filed a motion for a temporary restraining order. Dkt. 2. Neither party has yet consented to the jurisdiction of a magistrate judge. Due to the time-sensitive nature of Plaintiff's filing, the Court **ORDERS** the case reassigned to a district judge.

**SO ORDERED.**

Dated: March 19, 2020

SUSAN VAN KEULEN
United States Magistrate Judge