# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS MALGESINI., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY MALLEY, <br><br> Defendant. | Case No. 5:20-cv-07002 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:20-cv-01925 EJD, *Gregory Malley v. San Jose Midtown Development LLC, et al.*

IT IS SO ORDERED.

Date: October 8, 2020

Nathanael M. Cousins
United States Magistrate Judge